UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

                Plaintiffs,

– against –

EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC

                Defendants.

**ORDER**

22-cv-03060 (ER)

      The Court having been advised that all claims against Trans Union LLC have been settled, *see* Doc. 32, it is ORDERED that the above-entitled action be and hereby is discontinued, as to Trans Union LLC without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

      **Any application to reopen must be filed within forty-five (45) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next forty-five (45) days with a request that the agreement be "so ordered" by the Court. This action, however, remains ongoing as to Defendant Experian Information Solutions, Inc.

It is SO ORDERED.

Dated:    January 30, 2023
             New York, New York

                                            EDGARDO RAMOS, U.S.D.J.