UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOHANCE STEWART and THERESA HUTCHINSON,

                Plaintiffs,

– against –

EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC,

                Defendants.

**AMENDED ORDER**[1]

22-cv-03060 (ER)

      The Court having been advised that all claims against Experian Information Solutions Inc. have been settled, *see* Doc. 38, it is ORDERED that the above-entitled action be and hereby is discontinued, as to Experian Information Solutions Inc. without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

      **Any application to reopen must be filed within forty-five (45) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next forty-five (45) days with a request that the agreement be "so ordered" by the Court.

      The Clerk of Court is respectfully directed to terminate the case.

---

[1] The initial order, also issued today, mistakenly states that all claims against Equifax were being discontinued. The claims against Equifax were already dismissed by Order dated January 30, 2023. Doc. 35.

2

It is SO ORDERED.

Dated: June 5, 2023
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.